**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JOHN K.E. DOE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; and DOES 1-10,**<br><br>**Defendants.** | **Case No. 3:26-CV-00949-SPM** |

# ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

The Court, having reviewed Plaintiff's Motion, finds and orders as follows:

1. Plaintiff's Motion for Leave to Proceed Under a Pseudonym is **GRANTED**. Plaintiff has demonstrated that the need for anonymity in this case outweighs the public's interest in knowing the Plaintiff's identity and any prejudice to Defendants.
2. To balance Plaintiff's privacy interests against the public's interest in open proceedings and any interest of Defendants in knowing the identity of the party asserting claims against it, I hereby Order as follows:
    a. Plaintiff shall be permitted to proceed in this matter as "John K.E. Doe." All parties shall refer to Plaintiff by the pseudonym "John K.E. Doe" in all public filings;
    b. Plaintiff shall disclose his true legal name and identifying information to Defendants' counsel of record;

c. Defendants and their attorneys and agents are ordered to refrain from making the Plaintiff's true identity known to the public and shall not otherwise reveal information that would render the Plaintiff identifiable;

d. All pleadings, motions, and other papers filed with the Court shall refer to Plaintiff only as "John K.E. Doe."

e. Any document filed with the Court that discloses Plaintiff's true identity shall be filed under seal in accordance with Local Rule 5.1(c);

f. Defendants and their counsel shall not disclose Plaintiff's true identity to any person not directly involved in the defense of this action, except as required by law or further order of this Court; and

g. The use of a pseudonym shall not otherwise limit Defendants' ability to conduct discovery or to defend this action on the merits.

**IT IS SO ORDERED.**

**DATED: September 24, 2026.**

**STEPHEN P. McGLYNN**
**U.S. District Judge**